# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**UNITED STATES OF AMERICA,**
ex rel. ELIZABETH BURROUGHS
And
**ELIZABETH BURROUGHS**                                              **PLAINTIFF**

V.                              4:08CV2757 JMM

**CENTRAL ARKANSAS DEVELOPMENT**
**COUNCIL, et al**                                                         **DEFENDANTS**

## ORDER

Pending is the Plaintiffs' motion for extension of time to serve John Selig, Diane Tatum, and Jamie Morrison. The Court finds that the motion for extension of time should be, and hereby is, granted for an additional sixty (60) days. Because of the circumstances which Plaintiff has encountered in her attempts to serve these Defendants, the United States Marshal for the Eastern District of Arkansas is directed to serve the summons and First Amended Complaint on John Selig, Diane Tatum and Jamie Morrison without prepayment of costs. The Marshal shall serve the summons pursuant to the provisions of Rule 4 of the Federal Rules of Civil Procedure.

Also pending is the Motion to Dismiss filed by Defendants Central Arkansas Development Council and Larry Cogburn. The Court finds that the Motion to Dismiss should be, and hereby is, DENIED without prejudice to the Defendants' rights to re-file the motion after all of the Defendants have been served.

Plaintiff should be aware that if she requires additional time to amend her pleadings she must file a motion pursuant to Rule 15(a)(2).

In conclusion, the Motion to Dismiss (Docket # 24) is DENIED without prejudice. Plaintiffs' motion for extension (Docket # 39) is GRANTED and Plaintiffs' Motion for

Declaratory Judgment (Docket # 40) is DENIED.  The United States Marshal for the Eastern District of Arkansas is directed to serve the summons and First Amended Complaint on John Selig, Diane Tatum and Jamie Morrison without prepayment of costs.

    IT IS SO ORDERED this 7th day of October 2009.

                                                         _____
                                                         James M. Moody
                                                         United States District Judge