# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

UNITED STATES OF AMERICA,
ex rel. ELIZABETH BURROUGHS
And ELIZABETH BURROUGHS                                 PLAINTIFF

V.                      4:08CV2757 JMM

CENTRAL ARKANSAS DEVELOPMENT
COUNCIL, et al                                                        DEFENDANTS

## **JUDGMENT**

Pursuant to Rule 54(b) and to the Order entered on April 19, 2010, Judgment is hereby entered in favor of Defendants Diane Tatum, Joni Jones, Jamie Morrison, Tonya Russell, and John Selig against the Plaintiff. The case is dismissed as to these Defendants with prejudice. The case is dismissed as to Defendant Randy Lawson without prejudice.

The Court finds that there is no just reason for delay in entry of this Judgment.

IT IS SO ORDERED this 26th day of February, 2010.

                                                                  _____
                                                                  James M. Moody
                                                                  United States District Judge