# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**UNITED STATES OF AMERICA,**
**ex rel. ELIZABETH BURROUGHS**
**And ELIZABETH BURROUGHS**                                         **PLAINTIFF**

**V.**                                        **4:08CV2757 JMM**

**CENTRAL ARKANSAS DEVELOPMENT**
**COUNCIL, et al**                                                  **DEFENDANTS**

## ORDER

The Court directs the Clerk of the Court to withdraw from the docket the Judgment entered on April 26, 2010, docket number 107.

IT IS SO ORDERED this 26th day of April, 2010.

_____
James M. Moody
United States District Judge