IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**UNITED STATES OF AMERICA,**
ex rel. **ELIZABETH BURROUGHS**
And
**ELIZABETH BURROUGHS**                                                                 **PLAINTIFF**

V.                               4:08CV2757 JMM

**CENTRAL ARKANSAS DEVELOPMENT**
**COUNCIL, et al**                                                                         **DEFENDANTS**

## ORDER

Pursuant to the request made by former Defendant Diane Tatum (docket # 112), the Motion for Entry of Judgment under Rule 54(b) (Docket # 110) is WITHDRAWN.

IT IS SO ORDERED this 3rd day of May, 2010.

_____
James M. Moody
United States District Judge