IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA, *ex rel.*
ELIZABETH BURROUGHS                                                PLAINTIFF

v.                    Case No. 4:08-cv-2757-DPM

CENTRAL ARKANSAS DEVELOPMENT
COUNCIL and LARRY COGBURN, Executive
Director                                                            DEFENDANTS

## JUDGMENT

The amended complaint is dismissed with prejudice.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 April 2011